UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA           :     <u>INDICTMENT</u>

          - v. -                   :     07 Cr.

TUNG YEUNG LAM,                     :

                    Defendant.      :

- - - - - - - - - - - - - - - - - - - -x



07 CRIM. 844

<u>COUNT ONE</u>

The Grand Jury charges:

1.    From at least in or about April 2007, up through
and including on or about May 8, 2007, in the Southern District
of New York and elsewhere, TUNG YEUNG LAM, the defendant, and
others known and unknown, unlawfully, willfully, and knowingly
did combine, conspire, confederate, and agree together and with
each other to commit extortion, as that term is defined in Title
18, United States Code, Section 1951(b)(2), by obtaining money
and property from and with the consent of another person, to wit,
an individual involved in the trafficking of counterfeit
trademarked goods manufactured in China and distributed
throughout the New York City area, which consent would have been
and was induced by the wrongful use of actual and threatened
force, violence, and fear, and thereby would and did obstruct,
delay, and affect commerce and the movement of articles and
commodities in commerce, as that term is defined in Title 18,
United States Code, Section 1951(b)(3).

          (Title 18, United States Code, Section 1951.)

## COUNT TWO

The Grand Jury further charges:

2.    From at least in or about April 2007, up through and including on or about May 8, 2007, in the Southern District of New York and elsewhere, TUNG YEUNG LAM, the defendant, and others known and unknown, unlawfully, willfully, and knowingly did commit extortion, and did attempt to commit extortion, as that term is defined in Title 18, United States Code, Section 1951(b)(2), by obtaining money and property from and with the consent of another person, to wit, an individual involved in the trafficking of counterfeit trademarked goods manufactured in China and distributed throughout the New York City area (the "Victim"), which consent was induced by the wrongful use of actual and threatened force, violence, and fear, and thereby did obstruct, delay, and affect commerce and the movement of articles and commodities in commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3), to wit, LAM threatened to cause physical harm to the Victim if the Victim failed either to deliver a quantity of counterfeit shoes bearing the "Nike" trademark to him or to pay the value of these counterfeit shoes to him.

(Title 18, United States Code, Sections 1951 and 2.)

FOREPERSON

MICHAEL J. GARCIA
United States Attorney

-2-

Form No. USA-33s-274 (Ed. 9-25-58)

---

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

---

### UNITED STATES OF AMERICA

- v. -

### TUNG YEUNG LAM,

Defendant.

---

### INDICTMENT

07 Cr. _____ (\_\_\_\_)

(18 U.S.C. §§ 1951 and 2.)

---

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

Foreperson.

Case assigned to J. Scheindlin

9/6/07