```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA        :
                                :
         - v. -                 :    NOTICE OF APPEARANCE AND
                                :    REQUEST FOR ELECTRONIC FILING
TUNG YEUNG LAM,                 :
                                :    07 Cr. 844 (SHS)
         Defendant.             :
                                :
- - - - - - - - - - - - - - - - x
```

TO: Clerk of Court
    United States District Court
    Southern District of New York

The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

                                     Respectfully submitted,

                                     MICHAEL J. GARCIA
                                     United States Attorney for the
                                     Southern District of New York

                        by:   /s/ Arlo Devlin-Brown
                             Assistant United States
                             (212) 637-2506