

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

November 6, 2007

RECEIVED
CHAMBERS OF

NOV - 6 2007

JUDGE SCHEINDLIN

**BY FACSIMILE**
Honorable Shira A. Scheindlin
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

11/8/07

Re: **United States v. Lam**
07 Cr. 844 (SAS)

Dear Judge Scheindlin:

The Government and defense counsel met to discuss this case today, including a possible disposition that will take some time to explore. The parties are scheduled to appear for a status conference in the case tomorrow at 4:00 p.m. and could address this matter at that time if the Court desires. Alternatively, if agreeable to the Court, the parties would seek to adjourn the conference; your deputy suggested December 21, 2007.

If the Court should adjourn the conference, defense counsel seeks (and is joined by the Government) an exclusion of time under the Speedy Trial Act, 18 U.S.C. 3161(h)(8)(a) for the purpose of plea discussions, and submit that such an exclusion is in the interest of justice.

*The parties' request is granted.*
*The conference previously scheduled*
*for Nov. 7, 2007 is adjourned*
*to Dec. 21, 2007, at 4:30 p.m.*
*Time is to be excluded for*
*purposes of the Speedy Trial*
*Act.*

Very truly yours,

MICHAEL J. GARCIA
United States Attorney
Southern District of New York

By: _____
Arlo Devlin-Brown
Assistant United States Attorney
(212) 637-2506 (tel)

cc: Raymond Chin, Esq.
(by facsimile)

SO ORDERED:

_____
Shira A. Scheindlin, USDJ

Date: Nov. 6, 2007