

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*



*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 21, 2007

**BY FACSIMILE**
Honorable Shira A. Scheindlin
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

      Re:    **United States v. Lam**
              07 Cr. 844 (SAS)

Dear Judge Scheindlin:

      I discussed the above-referenced case with defense counsel today, and the parties request additional time – approximately one month – to explore a disposition. The parties are scheduled to appear for a status conference in the case tomorrow at 4:30 p.m., but if the it suits the Court, would request that the Court simply adjourn the matter to a date in late January that is convenient for the Court.

      If the Court should adjourn the conference, defense counsel seeks (and is joined by the Government) an exclusion of time under the Speedy Trial Act, 18 U.S.C. 3161(h)(8)(a) for the purpose of plea discussions, and submit that such an exclusion is in the interest of justice.

Very truly yours,

MICHAEL J. GARCIA
United States Attorney
Southern District of New York

By: _____
Arlo Devlin-Brown
Assistant United States Attorney
(212) 637-2506 (tel)

cc:  Raymond Chin, Esq.
     (by facsimile, (212)-406-2271)

*[Handwritten annotation: Request granted. Conference adjourned to January 15 at 4:30. Time excluded. So Ordered. 12/20/07]*

TOTAL P.002