

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/29/08

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 28, 2008

**BY FACSIMILE**
Honorable Shira A. Scheindlin
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

RECEIVED
CHAMBERS OF
FEB 28 2008
JUDGE SCHEINDLIN

   Re: **United States v. Lam**
     07 Cr. 844 (SAS)

Dear Judge Scheindlin:

   A conference in this case is scheduled for Monday, March 3, 2008. The parties are in what they expect to be final stages of plea discussions but these discussions are not yet complete. Accordingly, the parties request an adjournment until the week of March 17, 2008 to see if they can finalize a plea agreement. Should the Court be amenable to moving the conference, I will contact your deputy tomorrow to discuss an available date.

   If the Court should adjourn the conference, defense counsel seeks (and is joined by the Government) an exclusion of time under the Speedy Trial Act, 18 U.S.C. 3161(h)(8)(a) for the purpose of plea discussions, and submit that such an exclusion is in the interest of justice.

Very truly yours,

MICHAEL J. GARCIA
United States Attorney
Southern District of New York

By: _____
Arlo Devlin-Brown
Assistant United States Attorney
(212) 637-2506 (tel)

cc: Raymond Chin, Esq.
  (by facsimile)

*[Handwritten notation: Request granted. Conference adjourned to March 19 at 2:30 and time excluded. So Ordered. [signature] 2/28/08]*

TOTAL P.002