

U.S. Department of Justice

United States Attorney
Southern District of New York



*The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007*

March 18, 2009

**BY FACSIMILE**
Honorable Shira A Scheindlin
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

    Re:   **United States v. Lam**
           07 Cr. 844 (SAS)

Dear Judge Scheindlin:

    A conference in this case is scheduled for ~~Monday~~ Wednesday, March 19, 2008. Defense counsel informed me today that he met with his client yesterday and that his client desires to plead guilty pursuant to a plea agreement. The Government will prepare a plea agreement this week along the lines discussed with defense counsel and defense counsel then needs approximately one week to review it with his client. The parties therefore propose adjourning the conference for approximately two to three weeks to a date convenient for the Court..

    If the Court should adjourn the conference, defense counsel seeks (and is joined by the Government) an exclusion of time under the Speedy Trial Act, 18 U.S.C. 3161(h)(8)(a) for the purpose of plea discussions, and submit that such an exclusion is in the interest of justice.

Very truly yours,

MICHAEL J. GARCIA
United States Attorney
Southern District of New York

By: _____
Arlo Devlin-Brown
Assistant United States Attorney
(212) 637-2506 (tel)

cc:    Raymond Chin, Esq.

*[Handwritten note: Conference adjourned to April 9 at 4 p.m. and time excluded. So Ordered. 3/18/08]*

TOTAL P.02