U.S. Department of Justice

United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

April 21, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/21/08

**BY FACSIMILE**
Honorable Shira A. Scheindlin
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

RECEIVED
CHAMBERS OF
APR 21 2008
JUDGE SCHEINDLIN

     Re:   **United States v. Lam**
            **07 Cr. 844 (SAS)**

Dear Judge Scheindlin:

     Your Honor previously referred the plea in this case to a United States Magistrate Judge. The parties appeared for said plea on April 18, 2008 but the defendant was not produced because he is subject to a new chickenpox quarantine at the MCC; such quarantines typically last a minimum of 21 days. Accordingly, the parties seek a new control date of May 16, 2008, and will schedule a plea in Magistrate Court on or before that date absent contrary instruction from the Court.

     In light of the above, defense counsel seeks (and is joined by the Government) an exclusion of time under the Speedy Trial Act, 18 U.S.C. 3161(h)(8)(a) for the purposes of finalizing the plea, and submit that such an exclusion is in the interest of justice.

*Request Granted. The new Control date is May 16 2008 and time is excluded. So Ordered. [signature]*

Very truly yours,

MICHAEL J. GARCIA
United States Attorney
Southern District of New York

By: [signature]
Arlo Devlin-Brown
Assistant United States Attorney
(212) 637-2506 (tel)

*April 21, 2008*

cc: Raymond Chin, Esq.
    (by facsimile, (212)-406-2271)

TOTAL P.002